IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFERY RAYMOND DAY,

    Plaintiff,

v.

WARDEN, ATASCADERO STATE HOSPITAL, et al.,

    Defendants.
                                /

No. C 11-2030 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

    Plaintiff Jeffery Raymond Day, a state prisoner confined at Atascadero State Hospital, filed the instant pro se prisoner complaint under 42 U.S.C. § 1983.  The in forma pauperis application attached to the complaint bears the name of a different individual, however, and the prison trust account statements pertain to a third individual.  Consequently, on the same day the action was filed the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application.  The Clerk sent Plaintiff a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.  More than thirty days have passed and Plaintiff has not paid the filing fee, returned the in forma pauperis application or otherwise communicated with the Court.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

    This Order terminates Docket no. 3.

    IT IS SO ORDERED.

Dated: 6/16/2011

*/s/ Claudia Wilken*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY RAYMOND DAY,

        Plaintiff,

  v.

KATHLEEN DICKSEN et al,

        Defendant.

Case Number: CV11-02030 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffery Raymond Day AT-060391
Atascadero State Hospital
10333 El Camino Real
Atascadero, CA 93422

Dated: June 16, 2011

                                            Richard W. Wieking, Clerk
                                            By: Nikki Riley, Deputy Clerk